IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al., | No. 05-0688 MMC |
| Plaintiffs, | **ORDER RE: DEFENDANTS' NOTICE OF UNAVAILABILITY** |
| v. | |
| FERMA CORPORATION, et al., | |
| Defendants / | |

The Court is in receipt of a Notice of Unavailability, filed by defendants on June 7, 2004, in which defendants' counsel states he is unavailable to, <u>inter alia</u>, attend court hearings from June 10, 2005 through June 19, 2004.

The initial case management conference for the above-titled action has been scheduled for June 17, 2005, at 10:30 a.m. (<u>See</u> Pretrial Preparation Order, filed February 15, 2005.) If defendants wish to change the date of the case management conference, defendants must file a stipulation, pursuant to Civil Local Rule 6-2, or a motion to change time, pursuant to Civil Local Rule 6-3, and, in either case, must show good cause for any continuance or other change of the scheduled date.[1]

**IT IS SO ORDERED.**

Dated: June 7, 2005
/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

---

[1] A conclusory statement reiterating that counsel is "unavailable" will not suffice to show good cause to change the date of the case management conference.