1  James P. Watson, (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Andrea J. Kirkpatrick (SBN 229363)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-3501
   Facsimile:  (415) 512-3515
5
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>          Plaintiffs,<br><br>  v.<br><br>FERMA CORPORATION, a California corporation; and ROY FERRARI, an Individual,<br><br>          Defendants. | Case No.:  C-05-0688 MMC<br><br>**NOTIFICATION OF TENTATIVE SETTLEMENT AND UNOPPOSED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**CURRENT CASE MANAGEMENT CONFERENCE DATE:  June 17, 2005<br>TIME:  10:30 a.m.<br>COURTROOM:  7, 19th Floor<br>JUDGE:  Hon. Maxine M. Chesney** |

21    Now come the plaintiffs, acting with the authorization of counsel for the defendants, and

22 submit a joint request for continuance of the case management conference in the referenced action for

23 four weeks.

24 ///

25 ///

26 ///

27 ///

28 ///

-1-
NOTIFICATION OF TENTATIVE SETTLEMENT AND UNOPPOSED REQUEST FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE [CASE NO. C-05-0688 MMC]

-2-

1  This request is made on the ground that settlement of this action is imminent, and no purpose
2  would be served by consuming the court's time and the resources of the parties by going through the
3  case management conference process.  As noted, this request has the authorization of counsel for the
4  defendants.

6  DATED:  June 10, 2005                                  STANTON, KAY & WATSON, LLP

8                                                                   By_____/s/_____
                                                                             JAMES P. WATSON
9
                                                                   Attorneys for Plaintiffs

12  F:\CASES\7000\7000.1029 Ferma Corporation\PLEADINGS\Notification of Tentative Settlement.doc

19                                                    ORDER

20  The case management conference is continued from June 17, 2005 to July 29,
    2005, at 10:30 a.m.  A joint case management statement shall be filed no later than July
21  22, 2005.

22  IT IS SO ORDERED

24  Dated: June 13, 2005                              /s/ Maxine M. Chesney
                                                                   United States District Judge

**NOTIFICATION OF TENTATIVE SETTLEMENT AND UNOPPOSED REQUEST FOR CONTINUANCE**
**OF CASE MANAGEMENT CONFERENCE [CASE NO. C-05-0688 MMC]**