James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FERMA CORPORATION, a California corporation; and ROY FERRARI, an Individual,<br><br>Defendants. | Case No.:  C-05-0688 MMC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR; CONTINUING CONFERENCE** |

Good cause appearing therefor, it is hereby ORDERED that the case management conference in the within action set for July 29, 2005 at 10:30 a.m. be taken off calendar, and is continued to September 2, 2005.  A joint case management statement shall be filed no later than August 26, 2005.

DATED: July 22, 2005                                                /s/ Maxine M. Chesney
                                                                                    Hon. Maxine M. Chesney
                                                                                    United States District Judge

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR [CASE NO. C-05-0688 MMC]