1  James P. Watson (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Andrea J. Kirkpatrick (SBN 229363)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-3501
   Facsimile:  (415) 512-3515
5
   Attorneys for Plaintiffs
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 | JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | **Case No.:  C-05-0688 MMC**

**STIPULATION FOR DISMISSAL OF ACTION; ORDER THEREON**

                  Plaintiffs,

        v.

   FERMA CORPORATION, a California corporation; and ROY FERRARI, an Individual,

                  Defendants.

21      IT IS HEREBY STIPULATED, by and between the parties hereto, through their counsel of

22 record herein, that the within action may be dismissed in its entirety.

23

24 DATED: August 25, 2005                        STANTON, KAY & WATSON, LLP

25

26                                               By_____/s/_____
                                                           JAMES P. WATSON
27
                                                 Attorneys for Plaintiffs
28

-1-
**STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER [CASE NO. C-05-0688 MMC]**

1  DATED: August 25, 2005                         SWEENEY, MASON, WILSON &
                                                    BOSOMWORTH

                                                  By_____/s/_____
                                                       ROGER M. MASON

                                                  Attorneys for Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

**IT IS SO ORDERED.**

DATED: August 26, 2005

                                                  HON. MAXINE M. CHESNEY
                                                  UNITED STATES DISTRICT JUDGE

-2-
**STIPULATION FOR DISMISSAL OF ACTION AND [PROPOSED] ORDER [CASE NO. C-05-0688 MMC]**